# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

PATRICIA ANN FORD,

       Plaintiff,              CASE NO. 2:15-cv-12926-RHC-MJH

                                   Hon. Robert H. Cleland

v.                           Magistrate Michael Hluchaniuk

ENHANCED RECOVERY COMPANY, LLC,

       Defendant.

_____/

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff PATRICIA ANN FORD and Defendant ENHANCED RECOVERY COMPANY, LLC, through their counsel, hereby stipulate and agree, that the above-captioned action be dismissed with prejudice.  Each party shall bear their own attorney's fees and costs.

Respectfully Submitted,

| | |
|---|---|
| By:*/s/ Stephen A. Thomas*<br>   Stephen A. Thomas (P43260)<br>   Attorney for Plaintiff<br>   645 Griswold St., Suite 1360<br>   Detroit, MI 48226<br>   Phone: (313) 965-2265<br>   sthomas@313965bank.com | By:/s/ Scott S. Gallagher<br>   Scott S. Gallagher<br>   Attorney for Defendant<br>   SMITH, GAMBRELL &<br>   RUSSELL, LLP<br>   Florida Bar No. 0371970<br>   50 North Laura St., Suite 2600<br>   Jacksonville, Florida 32202<br>   Phone: (904) 598-6111<br>   Fax: (904) 598-6211<br>   ssgallagher@sgrlaw.com |

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA ANN FORD,

            Plaintiff,                    CASE NO. 2:15-cv-12926-RHC-
    MJH

                                     Hon. Robert H. Cleland
v.                              Magistrate Michael Hluchaniuk

ENHANCED RECOVERY COMPANY, LLC,
            Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

        Pursuant to the parties' stipulation, this matter is hereby DISMISSED with

prejudice and with no award of costs or attorney's fees to either party.

SO ORDERED.


                                S/Robert H. Cleland
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE


Dated:  January 25, 2016


I hereby certify that a copy of the foregoing document was mailed to counsel of record
and/or pro se parties on this date, January 25, 2016, by electronic and/or ordinary mail.


                                S/Lisa Wagner
                              Case Manager and Deputy Clerk
                              (313) 234-5522